AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
for the
District of New Mexico

2013 OCT -8 PM 2:41

CLERK-SANTA FE

| | |
|---|---|
| Marcelina Martinez, Gilbert Romero, *Plaintiff(s)* v. Julian Gonzales, et. al *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CV 13-922-RHS-ACT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Stephen Ross
%102 Grant Avenue
PO Box 276
Santa Fe, NM 87504-0276

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marcelina Martinez/Gilbert Romero
% PO Box 2077
Santa Cruz, New Mexico [87567]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/27/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 13-922-RHS-ACT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Stephen Ross__
was received by me on *(date)* __9-28-2013__ .

☒ I personally served the summons on the individual at *(place)* __102 Grant Avenue Santa Fe NM 87501__ on *(date)* __September 30, 2013__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __40.00__ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __9-30-2013__

_____
Server's signature

__Felix Martinez__
Printed name and title

__PO Box 910 Chimayo, NM 87522__
Server's address

Additional information regarding attempted service, etc: